# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. M-13-315-P |
| ) | |
| **COURTNEY WATTS** ) | |
| ) | |
| **Defendant** ) | |

### Defendant Courtney Watt's Motion for Transcript of
### Preliminary Hearing at Government Expense

Comes now Jack Fisher, undersigned counsel, and on behalf of the defendant requests a that a transcript of the preliminary hearing held on July 22, 2013 be provided to the defendant at Government expense and filed in the case as provided in LCrR12.2.

It was determined at Mr. Watts' initial appearance that he is indigent and eligible for counsel and other services under the Criminal Justice Act. The requested transcript is reasonably necessary for counsel to prepare a defense to crimes alleged by the Government.

WHEREFORE, the foregoing premises considered, counsel prays for an Order directing a transcript of the July 22, 2013 preliminary hearing be provided to the defendant at Government expense.

Respectfully Submitted,

/s/ Jack Fisher
Jack Fisher OBA 2939
P.O. Box 1976
Edmond, Oklahoma   73083
405.235.9466
Fax 405.340.7269
Okfishlaw@aol.com

Counsel for Defendant
Courtney Watts

**Certificate of Service**

I, Jack Fisher, hereby certify that on July 26, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Leslie Maye and Virginia L. Hines
Assistant United States Attorneys
210 W. Park Ave.
Oklahoma City, Ok 73102

I hereby certify that on July 26, 2013, I served the attached document by US mail to Courtney Watts at the following address:

Mr. Courtney Watts
Logan County Jail
216 S. Broad
Guthrie, OK 73044-4911

s/ Jack Fisher
Jack Fisher